IN THE UNITED STATES DISTRICT COURT **RECEIVED**
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION **2020 JAN 15 A 10: 59**

Joseph E Mathews )
54 maple Dr )
Cottonwood AL 36320 )
Plaintiff(s). )

                                              ) DEBRA P. HACKETT. CLK
                                              ) U.S. DISTRICT COURT
                                              ) MIDDLE DISTRICT ALA
                                              )
                                              ) CIVIL ACTION NO.
                                              )    1:20-CV-38-ECM-SRW
                                              ) JURY DEMAND (MARK ONE)
                                              )
v.                                            )
                                              ) ☑YES    ☐NO
Rick Sutton CEO )
South-East Health )
1108 Ross Clark Cy )
Defendant(s). Dothan AL
36301

COMPLAINT

1.   Plaintiff(s)' address and telephone number: 54 MAPLE DRIVE
COTTONWOOD Alabama 36320

2.   Name and address of defendant(s): Rick Sutton CEO
SOUTHEAST HEALTH
1108 Ross Clark Cycle
DOTHAN ALABAMA

3.   Place of alleged violation of civil rights: 1108 Ross Clark Cycle
DOTHAN Alabama

4.   Date of alleged violation of civil rights: July 24 2019

5.   State the facts on which you base your allegation that your constitutional rights have been violated: While on Medical light Duty was assiged 3 Times the work load and when I wouldnt Quit I was FIRED after Informing Suppervisor got hurt By Beaving over

1

6.    Relief requested: The Plaintiff claims the Defendant owes the plaintiff the sum of 205,200.00 For Loss Income And Loss of Sound lones To Be the trained.

Date: 9 don 2020

Plaintiff(s) Signature

2