IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH E. MATHEWS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 1:20-cv-38-ECM |
| RICK SUTTON, CEO, and SOUTHEAST HEALTH, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On October 5, 2022, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 10) is ADOPTED, and this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 21st day of October, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE